United States District Court
Southern District of Texas
**ENTERED**
March 16, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIM ACTION NO. 3:21-cr-24 |
| | § | |
| ALEXANDER MICHAEL HOFFMAN | § | |

### ORDER

The court has considered the third unopposed motion for a continuance, wherein counsel for the defendant, Alexander Michael Hoffman, has represented that more time is needed to receive, review, and evaluate the evidence gathered against the defendant; meet with the defendant and prepare a defense, and prepare mitigation, so as to provide effective representation on this case; and to meet with the Federal Bureau of investigation in regards to electronic material gathered as evidence for this case, and that failure to grant a continuance would result in a miscarriage of justice. Dkt. 24.

Based on the representations made in the motion, the court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to

grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The motion is therefore granted. It is hereby ordered that a period of excludable delay shall commence on March 15, 2022, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by June 20, 2022.

Responses shall be filed by June 27, 2022.

A pretrial conference is set for Thursday, June 30, 2022 at 10:30 am.

Trial in this case is set for Monday, July 11, 2022 at 9:00 am.

Signed on Galveston Island this 16th day of March, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE