IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR NO. 3:21-cr-00024 |
| | § | |
| ALEXANDER MICHAEL HOFFMAN | § | |

## ORDER ON AGREED MOTION FOR CONTINUANCE

The court has considered the unopposed motion for a continuance, wherein counsel for the defendant, Alexander Hoffman, has represented that more time is needed to finalize mitigation based on expert reports only recently received, submit that mitigation to the United States Attorney's Office, and continue dialogue to resolve this matter by plea in lieu of a trial, and that failure to grant a continuance would result in a miscarriage of justice.

Based on the representations made in the motion, the court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation

The motion is therefore granted. It is hereby ordered that a period of excludable delay shall commence on June 20, 2022, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by September 16, 2022.

Responses shall be filed by September 23, 2022.

A pretrial conference is set for Thursday, September 29, 2022 at 10:30 am.

Trial in this case is set for Monday, October 10, 2022 at 9:00 am.

Signed on _____, 2022

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE